### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HERBERT R. LEWIS, JR.,          ) | |
|                                 ) | |
|     Plaintiff,                  ) | |
|                                 ) | |
| vs.                             ) | Case No.  CIV-05-0177-F |
|                                 ) | |
| ROBERT HUDSON, et al.,          ) | |
|                                 ) | |
|     Defendants.                 ) | |

### ORDER

      This action is brought by a pretrial detainee appearing pro se, pursuant to 42 U.S.C. § 1983, alleging violations of constitutional rights.  On July 1, 2005, Magistrate Judge Bana Roberts issued a Report and Recommendation, recommending that this case be dismissed upon filing pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A(a).  The Report further advised that any objection to the Report must be filed by July 21, 2005.  Plaintiff has not filed any objection to the Report and has not requested an extension of time within which to file any objection.  With no objection being filed, and having reviewed the July 1, 2005 Report, the record, and the relevant arguments and authorities, and with plaintiff's pleadings being liberally construed, the court hereby **AFFIRMS**, **ACCEPTS**, and **ADOPTS** the Report in its entirety and **ORDERS** this case dismissed without prejudice.

      Dated this 26th day of July, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE